UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

KATHY MARIE MARTIN                                          3:20-BK-02675-JAB

                                                           Chapter 13

_____ Debtor    /

### TRUSTEE'S MOTION TO DISMISS
### FOR FAILURE TO MAKE CONFIRMED PLAN PAYMENTS

COMES NOW DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE, who hereby moves to dismiss the above-styled Chapter 13 case and in support thereof would state as follows:

1. As of August 9, 2022, the Debtor is delinquent in confirmed plan payments to the Trustee in the amount of $1,041.49, which is the sum through and including the August 9, 2022 payment.

2. The Debtor's failure to make timely payments to the Chapter 13 Trustee is contrary to the terms of the Order Confirming the Chapter 13 Plan and the Bankruptcy Code. As such, it constitutes grounds for dismissal pursuant to 11 U.S.C. §1307( c) as a failure of the Debtor to abide by Orders of the Court and as an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee respectfully requests that the Court enter an order dismissing the case for failure to make confirmed plan payments for the above-styled Chapter 13 case, together with such other relief as the Court deems just and proper.

### CERTIFICATE OF SERVICE
I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on August 9, 2022 on the Debtor and the Debtor's attorney.

Kathy Marie Martin, 22023 57 Point, Obrien, Fl 32071
Christopher Hixson Esquire, Consumer Law Attorneys, 2727 Ulmerton Rd Ste 270, Clearwater, Fl 33762

/s/ Douglas W. Neway
Douglas W. Neway
Florida Bar No. 0709948
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone        (904)358-6465
FAX              (904)634-0038

KATHY MARIE MARTIN
22023 57 POINT
OBRIEN, FL 32071